**864**

Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (KKK) In the Matter of the Claim of ASSUNTA SPINELLI, Appellant, v. ACE DRESS COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (LLL) In the Matter of the Claim of FRIEDA TRARKUS, Appellant, v. AHLGO DRESS, INC., et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (MMM) In the Matter of the Claim of MINNIE WESNNER, Appellant, v. LUMAR DRESS COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (NNN) In the Matter of the Claim of PAULINE ELLENBERG, Appellant, v. TRIO STYLES et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (OOO) In the Matter of the Claim of ANNA FERRARO, Appellant, v. PRAISE DRESS COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (PPP) In the Matter of the Claim of KITTY GOLDWASSER, Appellant, v. LEIB & KING et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (QQQ) In the Matter of the Claim of SONIA GROSSEL, Appellant, v. WM. HEIT & SON et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (RRR) In the Matter of the Claim of GAYE LEVY, Appellant, v. DAINTY DRESS COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (SSS) In the Matter of the Claim of VINCENZA LODATO, Appellant, v. SUSAN FROCKS et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (TTT) In the Matter of the Claim of NANCY P. LUPO, Appellant, v. ARTISTIC DRESS HOUSE et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (UUU) In the Matter of the Claim of YVONNE MAGUIRE, Appellant, v. MAGRAM DRESS COMPANY et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (VVV) DANTE TESTA, Appellant, v. ROY HUNT et al., Respondents. (WWW) In the Matter of the Claim of SANDRA A. MEYERSON, Appellant, v. BOARD OF EDUCATION OF THE LONG BEACH CITY SCHOOL DISTRICT et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (XXX) In the Matter of the Claim of IRVING STREICHER, Appellant, v. THREE STAR FLOWER & NOVELTY Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— [In each proceeding] Motion to dismiss appeals granted by default, without costs.

■ (A) JOSEPH S. RESNICK et al., Plaintiffs, v. HARRY BECKERMAN et al., Defendants. HARRY BECKERMAN, Plaintiff, v. JOSEPH RESNICK et al., Defendants. (B) MARGUERITE KLUZ, Respondent, v. WERNER BOLDT, Appellant. (C) EDGAR O. JONES et al., Plaintiffs, v. ELIZABETH A. KIRKPATRICK et al., Defendants. ELIZABETH A. KIRKPATRICK et al., Plaintiffs, v. EDGAR O. JONES et al., Defendants. (D) JAMES PECKHAM et al., Respondents, v. RAYMOND J. WILSON et al., Appellants. (E) In the Matter of Arbitration between SEALTEST FOODS DIV. OF NATIONAL DAIRY PRODUCTS CORP.— ALBANY PLANT, Respondent, and MILK, ICE CREAM DRIVERS AND DAIRY EMPLOYEES LOCAL UNION NO. 787, Appellant. (F) In the Matter of Arbitration between SEALTEST FOODS DIV. OF NATIONAL DAIRY PRODUCTS CORP.— SCHENECTADY PLANT, Respondent, and MILK, ICE CREAM DRIVERS AND DAIRY EMPLOYEES LOCAL UNION NO. 787, Appellant. (G) ELEANOR BELL, Respondent, v. H. M. C. CORP., Appellant. (H) DORIS L. SHOEMAKER, as Administratrix, Respondent, v. TOWN OF GROTON, Appellant. (I) LEO BROAT, Respondent, v. ANNA SAPERSTEIN, Appellant. (J) In the Matter of the Claim of CLARA UNTERBERG, Appellant, v. NEW YORK STATE DEPARTMENT OF LABOR et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. (K) MICHAEL LONGO, Appellant, v. GLENS FALLS INSURANCE COMPANY, Respondent.— [In each action] Appeal dismissed, without costs, unless appellants shall file and serve records, briefs and notes of issue for the January 1963 Term on or before December 1, 1962, in which event motions denied.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. MONROE BROWN, Appellant, v. R. E. HEROLD, as Director of Dannemora State Hospital, Respond-